DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693

Attorney For Defendant
RICHARD EUGENE BISWELL

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD EUGENE BISWELL,<br><br>Defendant. | CASE NO.  2:23-CR-00001-JAM<br><br>**ORDER SEALING EXHIBIT A TO DEFENDANT'S DISPOSITIONAL MEMORANDUM UNDER SEAL** |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Defendant's Request to Seal, IT IS HEREBY ORDERED that Exhibit A to Defendant's Dispositional Memorandum shall be **SEALED** until further order of this Court.

Dated: July 28, 2023                    /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT JUDGE